NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**THE C.W. ZUMBIEL COMPANY, INC.,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**GRAPHIC PACKAGING INTERNATIONAL, INC.,**
*Cross-Appellant.*

---

2011-1332, -1333
(Reexamination No. 95/000,077)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

Before SCHALL, Circuit Judge.

**ORDER**

The C.W. Zumbiel Company, Inc. (Zumbiel) moves for leave to file a replacement brief, addressing a claim omitted from its original submission. Graphic Packaging International, Inc. (Graphic) and the Director of the United States Patent and Trademark Office oppose. Zumbiel replies. Graphic also moves unopposed for an extension of time to file its principal and response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to file a replacement brief is granted. Zumbiel shall file its replacement brief within 14 days from the date of this order.

(2) The motion for an extension of time is granted. Graphic shall file its principal and response brief within 30 days from the date of service of Zumbiel's replacement brief.

FOR THE COURT

OCT 2 0 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Raymond T. Chen, Esq.
     Gregory F. Ahrens, Esq.
     James F. Vaughan, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 0 2011

JAN HORBALY
CLERK